EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Roberto O. Maldonado Nieves | 2015 TSPR 129 <br><br> 193 DPR ____ |

Número del Caso: TS-8178

Fecha: 28 de septiembre de 2015

Abogado del peticionario:

        Por derecho Propio

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Roberto O. Maldonado Nieves

TS-8178

RESOLUCIÓN

En San Juan, Puerto Rico, a 28 de septiembre de 2015.

Evaluada la *Segunda Solicitud de Reinstalación* presentada por el Sr. Roberto O. Maldonado Nieves, se provee con lugar y se le reinstala al ejercicio de la abogacía.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera García proveería no ha lugar a la moción de reinstalación. La Jueza Presidenta señora Fiol Matta no intervino. El Juez Asociado señor Feliberti Cintrón no interviene.

María I. Colón Falcón
Secretaria del Tribunal Supremo Interina